**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kelli J. Grieco<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9921<br>EIN   \_\_–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   \_\_\_\_<br>EIN   \_\_–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 22-13952-JNP | |

# Order of Discharge                                                              12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Kelli J. Grieco
   aka Kelli Jane Grieco, aka Kelli Grieco

<u>9/5/25</u>                                                **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

 ♦ debts that are domestic support
   obligations;

 ♦ debts for most student loans;

 ♦ debts for certain types of taxes specified
   in 11 U.S.C. §§ 507(a)(8)( C),
   523(a)(1)(B), or 523(a)(1)(C) to the
   extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-13952-JNP
Kelli J. Grieco  Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3
Date Rcvd: Sep 05, 2025      Form ID: 3180W      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelli J. Grieco, 2032 Easy Street, Millville, NJ 08332-1547 |
| 519582200 | + | BCMB1 Trust, 4600 S Syracuse Street, Denver, CO 80237-2750 |
| 519582199 | | Back Bowl I LLC, Series C, c/o Weinstein and Reilly, 2002 Western Avenue, Suite 400, Seattle, WA 98121 |
| 519582204 | + | Dembo, Brown & Burns, LLP, 1300 Route 73, Suite 205, Mount Laurel, NJ 08054-2200 |
| 519582207 | + | Global Connect, c/o Edward P. Epstein, Esquire, 2327 New Road, #204, Northfield, NJ 08225-1461 |
| 519582213 | + | Statebridge Company, LLC, 5680 Greenwood Plaza, Suite 100S, Greenwood Village, CO 80111-2404 |
| 519582215 | + | Susquehanna Bank, c/o Dembo & Saldutti, Attn: Matthew C. Waldt, Esq, 1300 Route 73, Suite 205, Mount Laurel, NJ 08054-2200 |
| 519582216 | + | Susquehanna Patriot Bank, 159 East High Street, Pottstown, PA 19464-5428 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 05 2025 21:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 05 2025 21:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519666399 | ^ | MEBN | Sep 05 2025 21:16:16 | BCMB1 Trust, c/o Statebridge Company, 6061 W Willow Dr, Greenwood Village CO 80111 |
| 519746254 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 05 2025 21:17:00 | CSMC 2022-RPL2 Trust, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 520097442 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 05 2025 21:17:00 | CSMC 2022-RPL2 Trust, c/o Rushmore Servicing, P.O. Box 619096, Dallas, TX 75261-9741, CSMC 2022-RPL2 Trust, c/o Rushmore Servicing 75261-9096 |
| 519746255 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 05 2025 21:17:00 | CSMC 2022-RPL2 Trust, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708, CSMC 2022-RPL2 Trust, c/o Rushmore Loan Management Services 92619-2708 |
| 520097441 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 05 2025 21:17:00 | CSMC 2022-RPL2 Trust, c/o Rushmore Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 519582201 | + | EDI: CAPITALONE.COM | Sep 06 2025 00:55:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519645870 | + | EDI: AIS.COM | Sep 06 2025 00:55:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519582202 | + | Email/Text: tracey.gregoire@millvillenj.gov | Sep 05 2025 21:18:00 | City of Millville, Attn: Tax Office, 12 S. High St., |

Case 22-13952-JNP    Doc 47    Filed 09/07/25    Entered 09/08/25 00:21:38    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 05, 2025 | Form ID: 3180W | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Millville, NJ 08332-4244 |
| 519582203 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 05 2025 21:34:12 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519582205 | | Email/Text: bankruptcycourts@equifax.com | Sep 05 2025 21:17:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 519582206 | ^ | MEBN | Sep 05 2025 21:14:28 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 519582208 | + | EDI: IRS.COM | Sep 06 2025 00:55:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519582209 | ^ | MEBN | Sep 05 2025 21:16:06 | KML Law Group, P.C., Attn: Kristina G. Murtha, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519582210 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 05 2025 21:17:00 | Nationstar Mortgage LLC, Bankruptcy Department, Attn: Bankruptcy Dept., PO Box 630267, Irving, TX 75063 |
| 519582211 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 05 2025 21:17:00 | Rushmore Loan Mgmt Srvc, Attn: Bankruptcy, P.O. Box 55004, Irvine, CA 92619-5004 |
| 519582212 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 05 2025 21:16:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 519583736 | ^ | MEBN | Sep 05 2025 21:17:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519582217 | ^ | MEBN | Sep 05 2025 21:14:43 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 519665079 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 05 2025 21:17:00 | U.S. Bank National Association,et al, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 519582218 | + | Email/Text: bncmail@w-legal.com | Sep 05 2025 21:18:00 | Weinstein & Riley, P.S., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519582214 | ##+ | Susquehanna Bancshares Inc., PO Box 639, Maugansville, MD 21767-0639 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 07, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Brian E Caine | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Brian E Caine | on behalf of Creditor CSMC 2022-RPL2 Trust bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor BCMB1 Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Thomas G. Egner | on behalf of Debtor Kelli J. Grieco tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8