**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Thomas G. Egner, Esquire
McDowell Law, PC
46 West Main Street
Maple Shade, NJ  08052
856-482-5544 phone  856-482-5511 fax
tegner@mcdowelllegal.com
Attorney for Debtor

In Re:

Kelli J. Grieco

                        Debtor.

**Order Filed on October 22, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No:                    22-13952

Chapter:                    13

Hearing Date:    _____

Judge:                        JNP

## CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

❑ **MORTGAGE**       ❑ **LIEN**       ☒ **OTHER (specify)**   Judgment L-3061-11 | J-55714-12

Recommended Local Form:   ☒ Followed     ❑ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 22, 2025**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY
COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.**

The following matters are determined and hereby ORDERED:

1.  The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2.  The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3.  Description of Real Property:
    Location (Street Address) 2032 Easy Street, Milville, New Jersey 08332

4.  Description of Mortgage/Judgment Lien:
    a.  Original Mortgagee/Lienholder: Susquehanna Bank aka Susquehanna Patriot Bank
    b.  Current Assignee: Susquehanna Bank aka Susquehanna Patriot Bank
    c.  Current Servicer: Susquehanna Bank aka Susquehanna Patriot Bank
    d.  Date of Mortgage/Lien: 01/20/2012
    e.  Date of Recordation: 3/12/2012
    f.  Place of Recordation: Camden County Superior Court
        i.  Mortgage Book: _____
        ii. Page: _____ Docket No. CAM-]
    g.  Original Principal Balance of Mortgage/Lien: $ 188,858.43

5.  The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6.  A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*new.4/24/14*

2