| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Thomas G. Egner, Esquire<br>McDowell Law, PC<br>46 West Main Street<br>Maple Shade, NJ  08052<br>856-482-5544 phone  856-482-5511 fax<br>tegner@mcdowelllegal.com<br>Attorney for Debtor | Order Filed on October 22, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | | |
|---|---|---|
| In Re:<br><br>Kelli J. Grieco<br><br>Debtor. | Case No: | _____22-13952_____ |
| | Chapter: | 13 |
| | Hearing Date: | _____ |
| | Judge: | _____JNP_____ |

### CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

❑ **MORTGAGE**     ❑ **LIEN**     ☒ **OTHER (specify)**   Judgment L-3061-11 | J-55714-12

> Recommended Local Form:    ☒ Followed    ❑ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 22, 2025**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**NOTE TO RECORDING OFFICER**: **THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.**

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 2032 Easy Street, Milville, New Jersey 08332

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: Susquehanna Bank aka Susquehanna Patriot Bank
   b. Current Assignee: Susquehanna Bank aka Susquehanna Patriot Bank
   c. Current Servicer: Susquehanna Bank aka Susquehanna Patriot Bank
   d. Date of Mortgage/Lien: 01/20/2012
   e. Date of Recordation: 3/12/2012
   f. Place of Recordation: Camden County Superior Court
      i. Mortgage Book: _____
      ii. Page: _____ Docket No. CAM-l
   g. Original Principal Balance of Mortgage/Lien: $ 188,858.43

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*new.4/24/14*

United States Bankruptcy Court
District of New Jersey

In re:  
Kelli J. Grieco  
    Debtor

Case No. 22-13952-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2  
Date Rcvd: Oct 22, 2025     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kelli J. Grieco, 2032 Easy Street, Millville, NJ 08332-1547 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Brian E Caine | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Brian E Caine | on behalf of Creditor CSMC 2022-RPL2 Trust bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor BCMB1 Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 22, 2025 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Thomas G. Egner

on behalf of Debtor Kelli J. Grieco tegner@mcdowelllegal.com
tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8