| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Thomas G. Egner, Esquire<br>McDowell Law, PC<br>46 West Main Street<br>Maple Shade, NJ 08052<br>856-482-5544 phone  856-482-5511 fax<br>tegner@mcdowelllegal.com<br>Attorney for Debtor | Order Filed on November 5, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Kelli J. Grieco<br><br>Debtor. | Case No:    22-13952<br>Chapter:     13<br>Hearing Date: _____<br>Judge:    JNP |

**CHAPTER 13 ORDER AUTHORIZING CANCELLATION,**
**VOIDING AND/OR DISCHARGE OF RECORD OF:**

☒ **MORTGAGE**      ☐ **LIEN**      ☐ **OTHER (specify)** _____

| |
|---|
| Recommended Local Form:    ☒ Followed    ☐ Modified |

The relief set forth on the following page is hereby **ORDERED.**

**DATED: November 5, 2025**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**NOTE TO RECORDING OFFICER**: **THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.**

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 2032 Easy Street, Milville, New Jersey 08332

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: Hovnanian K American Mortgage LLC
   b. Current Assignee: BCMB1 Trust, Wilmington Savings Fund Society FSB, Statebridge Company, LLC
   c. Current Servicer: BCMB1 Trust, Wilmington Savings Fund Society FSB, Statebridge Company, LLC
   d. Date of Mortgage/Lien: 01/19/2007
   e. Date of Recordation: 02/07/2007
   f. Place of Recordation: Cumberland County Clerk
      i. Mortgage Book: 04018
      ii. Page: 5881        Instrument No. 268581
   g. Original Principal Balance of Mortgage/Lien: $ 46,150.00

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*new.4/24/14*