| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| |
| In Re: |
| |

Case No: _____

Chapter:                 13

Judge: _____

## APPLICATION TO CANCEL AND DISCHARGE:

❏ **MORTGAGE**        ❏ **LIEN**        ❏ **OTHER (SPECIFY)**_____

> Recommended Local Form:    ❏ Followed    ❏ Modified

If any party in interest has an objection to the cancellation and discharge of the Mortgage/Lien described herein, the objection and request for a hearing on such objection shall be in writing, filed with the Clerk of the United States Bankruptcy Court and served upon the parties in interest no later than 14 days from the filed date of Application.

In the event an objection is timely filed, a hearing thereon will be held before the Honorable_____ on _____ at _____ a.m., at the United States Bankruptcy Court in _____, Courtroom No: _____.

 If no objection is timely filed, the proposed form of Order submitted herewith may be entered by the Court.

1. ❏ I am, _____, counsel for the debtor(s).

   ❏ I am, _____, the debtor(s).

2. The debtor(s) Chapter 13 plan contained a motion to:

   ❏ Avoid lien under 11 U.S.C. §522(f).

   ❏ Avoid lien and reclassify claim from secured to completely unsecured.

3. Proof of Service of the Plan and the Chapter 13 Plan Transmittal Letter was filed with the Court at the time the Plan was filed.

4. Description of Real Property:

   Location (Street Address) _____

   _____

5. Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: _____
    b. Current Assignee:_____
    c. Current Servicer: _____
    d. Date of Mortgage/Lien: _____
    e. Date of Recordation:  _____
    f. Place of Recordation:_____
        i. Mortgage Book:_____
        ii. Page:_____
    g. Original Principal Balance of Mortgage/Lien: $_____

6. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced above.  The debtor(s) has also filed with the Court a Certification in Support of Discharge and the Chapter 13 Trustee has issued a Plan Complete Letter.

7. The debtor(s) is entitled to have the Mortgage/Lien referenced above discharged and cancelled of record.

8. The debtor(s) requests the court to direct that a certified or exemplified copy of the Order to Cancel and Discharge the Mortgage/Lien shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Wherefore, the debtor(s) requests that the Court enter an Order providing for the discharge and cancellation of the Mortgage or Lien described above.

DATED: _____                           _____

*new.4/24/14*