UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on November 25, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kelli J. Grieco

Case No.: 25-13952

Hearing Date:

Judge: JNP

Chapter: 13

# ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED:** November 25, 2025

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

   The Court having determined that the final decree was entered prematurely in this case on _____11/19/2025_____ and should be vacated for the reason stated below:

- ☐ Debtor has not yet been discharged
- ☐ Adversary Proceeding number _____ is pending
- ☒ Other: __Set final decree prematurely_____
    _____
    _____

   IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*